**Armen HAKOBYAN, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 05–77072.

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2007.*

Filed March 15, 2007.

Asbet A. Issakhanian, Esq., Glendale, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, Sara Winslow, Esq., USSF–Office of the U.S. Attorney, San Francisco, CA, for Respondent.

Before: KOZINSKI, LEAVY, and BYBEE, Circuit Judges.

MEMORANDUM **

Armen Hakobyan, a native and citizen of Armenia, petitions for review of the Board of Immigration Appeals' order adopting and affirming an immigration judge's order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of discretion, *Guzman v. INS*, 318 F.3d 911,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

912 n. 1 (9th Cir.2003) (per curiam), we deny the petition for review.

The agency acted within its discretion in denying Hakobyan's motion to reopen because Hakobyan failed to submit new or previously unavailable evidence. *See id.* at 913 (BIA properly affirmed denial of motion to reopen because evidence was available and discoverable prior to hearing); 8 C.F.R. § 1003.23(b)(3) (stating that a motion to reopen will not be granted unless the evidence sought to be offered was not available and could not have been discovered or presented at the former hearing).

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.